UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EISEN, INC.,

            Plaintiff,

-against-

STEPHANIE MERTZ, et al.,

            Defendants.

No. 24-CV-3113 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

In light of the order of reference of the above-captioned case to Magistrate Judge Hon. Stewart D. Aaron for a settlement conference, (see dkt. no. 20), the Court hereby orders that Plaintiff's motion for a preliminary injunction, (see dkt. no. 13), and the proposed stipulation and order filed by Plaintiff and Defendant Stephanie Mertz, (see dkt. no. 19), shall be held in abeyance until the conclusion of the settlement conference held before Judge Aaron. The parties shall report to the Court promptly following the conclusion of the settlement conference.

**SO ORDERED.**

Dated:    June 26, 2024
            New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge