```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| EISEN, INC.,<br><br>                    Plaintiff,<br><br>-against-<br><br>STEPHANIE MERTZ, et al.,<br><br>                    Defendants. | No. 24-CV-3113 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the settlement of the above-captioned case by Magistrate Judge Stewart D. Aaron, the Court hereby dismisses all outstanding counts in Plaintiff's Complaint, (see dkt. no. 1). The Clerk of the Court shall mark this action closed, subject to reopening within thirty days if settlement is not effected, and mark all pending motions denied as moot. The Court shall retain jurisdiction to administer the terms of the settlement.

**SO ORDERED.**

Dated:    July 10, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1